# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARCUS SANDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-681-JAR |
| MISSOURI EASTERN CORRECTIONAL CENTER, et al., | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Plaintiff Marcus Sanders's 42 U.S.C. § 1983 complaint was received by the Court for filing on May 15, 2024. ECF No. 1. However, Plaintiff neither paid the $405 filing fee nor filed an Application to Proceed in District Court without Prepaying Fees and Costs, along with a certified copy of his account statement. *See* 28 U.S.C. § 1915(a). As such, the Court will allow Plaintiff thirty (30) days to either pay the full filing fee or file his Application and account statement. His failure to do so in a timely manner will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to mail to Plaintiff a blank copy of the Court's 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee **or** submit an Application to Proceed without Prepaying within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff files an Application to Proceed without Prepaying, he must also file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 20th day of May, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

2